

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2018

No. 04-18-00439-CR

Enrique **GARCIA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2017-CRM-001083-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

The reporter's record in this appeal was originally due October 4, 2018, but was not filed. On October 11, 2018, this court notified court reporter David J. Laurel by letter that he is the court reporter responsible for timely filing the reporter's record, and the record had not been filed. Our notice required Mr. Laurel to file the record no later than November 13, 2018, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to appeal without paying the fee, in which case Mr. Laurel was required to file a notice so advising the court no later than October 22, 2018. We received no response to our letter.

We therefore **ORDER** court reporter David J. Laurel to file the reporter's record in this court on or before **December 27, 2018**. Mr. Laurel is advised that if the record is not received by this date, we may order him to appear and show cause why he should not be held in contempt.

We **order** the clerk of this court to serve this order on **David J. Laurel** by certified mail, return receipt requested, and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," we also **order** the clerk of this court to serve a copy of this order on the trial court. TEX. R. APP. P. 35.3(c). The clerk of this court is also **ordered** to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court